UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WANDA SMITH,

    Plaintiff,

v.                                        Case No: 2:17-cv-90-FtM-38CM

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

This matter comes before the Court upon review of the parties' Joint Motion for Extension of Time (Doc. 24) filed on October 6, 2017. Plaintiff filed her complaint on February 10, 2017, to which the Commissioner responded on June 5, 2017. Docs. 1, 11. The Court entered its scheduling order on June 6, 2017 and directed Plaintiff to serve on the Commissioner her portion of the Joint Memorandum by July 21, 2017. Doc. 14. The Court has since granted three joint requests for extension and denied a fourth for failure to comply with Local Rule 3.01(g). Docs. 17, 19, 21, 23. Although the Court finds good cause to grant one final extension, the Court is not inclined to grant further extensions absent extenuating circumstances.

ACCORDINGLY, it is hereby

**ORDERED:**

The parties' Joint Motion for Extension of Time (Doc. 24) is **GRANTED**. The Plaintiff shall have up to and including **October 20, 2017** to serve on the Commissioner, but not file, Plaintiff's portion of the Joint Memorandum. The

Commissioner shall have up to and including **December 5, 2017** to serve on the Plaintiff, but not file, the Commissioner's portion of the Joint Memorandum. Counsel for the parties shall confer in a good-faith effort to resolve any disputed issues by **January 5, 2018**, and file a single Joint Memorandum signed by counsel for both parties no later than **January 19, 2018**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 6th day of October, 2017.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record