UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WANDA SMITH,

    Plaintiff,

v.                                      Case No: 2:17-cv-90-FtM-38CM

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **OPINION AND ORDER**[1]

Before the Court is United States Magistrate Judge Carol Mirando's Report and Recommendation. (Doc. 29). Judge Mirando recommends reversing the decision of the Commissioner of Social Security and remanding this matter to the Commissioner under sentence four of 42 U.S.C. § 405(g). No party objects to the Report and Recommendation, and the time to do so has expired. The Report and Recommendation is thus ripe for review.

A district judge "may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). The district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* And "[t]he judge

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

may also receive further evidenced or recommit the matter to the magistrate judge with instructions." *Id.*

After examining the file carefully and independently, and upon considering Judge Mirando's findings and recommendations, the Court accepts and adopts the Report and Recommendation.

Accordingly, it is now

**ORDERED:**

(1) The Report and Recommendation (Doc. 29) is **ACCEPTED and ADOPTED** and the findings incorporated herein.

(2) The decision of the Commissioner is **REVERSED** and this matter is **REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405(g), for the Commissioner to:

   a. consider the new evidence provided to the Appeals Council;

   b. request Plaintiff Wanda Smith's hospital records immediately following the motor vehicle accident;

   c. re-evaluate Plaintiff's Residual Functional Capacity in light of the new evidence;

   d. re-evaluate whether there is other work available in significant numbers that Plaintiff can perform given her re-evaluated Residual Functional Capacity; and

   e. make any other determinations consistent with this Opinion and Order, or in the interests of justice.

(3) The Clerk of Court is **DIRECTED** to enter judgment pursuant to sentence four of 42 U.S.C. § 405(g) in favor of Plaintiff Wanda Smith and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 3rd day of August 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record